IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 13-0596-WS-C |
| | ) |
| MIDLAND FUNDING, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the parties' joint stipulation, (Doc. 8), and pursuant to Rule 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, each party to bear its own attorney's fees and costs.

DONE and ORDERED this 3rd day of February, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE